| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo, Esq. (SBN 144074)<br>dalekgalipo@yahoo.com<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333<br>Fax: (818)347-4118<br>ATTORNEY(S) FOR: Plaintiffs | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JAMES PIETRONICO,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF BEAUMONT; and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br>5:23-cv-2431<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   __Plaintiff__
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| JAMES PIETRONICO | Plaintiff |
| CITY OF BEAUMONT | Defendant |

November 29, 2023     Date

/s/ Dale K. Galipo
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff