1  Eugene P. Ramirez (State Bar No. 134865)
    *epr@manningllp.com*
2  Kayleigh Andersen (State Bar No. 306442)
    *kaa@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor,
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
   Attorneys for Defendant, CITY OF
7  BEAUMONT

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JAMES PIETRONICO,                    Case No. 5:23-cv-2431-SB-JPR

12            Plaintiff,

13       v.

14 CITY OF BEAUMONT; and DOES 1-        **ANSWER OF DEFENDANT CITY**
   10, Inclusive,                       **OF BEAUMONT TO COMPLAINT;**
15                                       **DEMAND FOR JURY TRIAL**
            Defendants.
16
                                        *Action Filed:      11/29/23*
17

18       Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant CITY

19 OF BEAUMONT ("Defendant") answers the Complaint of Plaintiff ("Plaintiff"), filed

20 on or about November 29, 2023.  If an averment is not specifically admitted, it is

21 hereby denied.

22                    **ANSWER TO COMPLAINT**

23       1.    Answering Paragraph 1, Defendant admits that this Court has original

24 jurisdiction of plaintiff's federal claims pursuant to 28 U.S.C. § 1331 and §1343(a)(3)-

25 (4), and that this Court has supplemental jurisdiction of plaintiff's state law claims

26 pursuant to 28 U.S.C. § 1367(a).  Except as expressly admitted herein, Defendant

27 denies each and every allegation contained therein.

28 ///

2.    Answering Paragraph 2, Defendant admits that venue is proper before this Court.  Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

3.    Answering Paragraph 3, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 3 further contains legal conclusions and argument as to which no response is required.

4.    Answering Paragraph 4, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 4 further contains legal conclusions and argument as to which no response is required.

5.    Answering Paragraph 5, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 5 further contains legal conclusions and argument as to which no response is required.

6.    Answering Paragraph 6, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 6 further contains legal conclusions and argument as to which no response is required.

7.    Answering Paragraph 7, Defendant admits that the CITY OF BEAUMONT, at all relevant times, was an incorporated public entity operating under the laws of the State of California.  Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

8.    Answering Paragraph 8, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 8 further contains legal conclusions and argument as to which no response is required.

///

9. Answering Paragraph 9, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 9 further contains legal conclusions and argument as to which no response is required.

10. Answering Paragraph 10, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 10 further contains legal conclusions and argument as to which no response is required.

11. Answering Paragraph 11, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 11 further contains legal conclusions and argument as to which no response is required.

12. Answering Paragraph 12, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 12 further contains legal conclusions and argument as to which no response is required.

13. Answering Paragraph 13, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 13 further contains legal conclusions and argument as to which no response is required.

14. Answering Paragraph 14, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 14 further contains legal conclusions and argument as to which no response is required.

15. Answering Paragraph 15, Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 14 of the Complaint.
///

DEFENDANT'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

16.     Answering Paragraph 16, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 16 further contains legal conclusions and argument as to which no response is required.

17.     Answering Paragraph 17, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 17 further contains legal conclusions and argument as to which no response is required.

18.     Answering Paragraph 18, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 18 further contains legal conclusions and argument as to which no response is required.

19.     Answering Paragraph 19, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 19 further contains legal conclusions and argument as to which no response is required.

20.     Answering Paragraph 20, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 20 further contains legal conclusions and argument as to which no response is required.

21.     Answering Paragraph 21, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 21 further contains legal conclusions and argument as to which no response is required.

22.     Answering Paragraph 22, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 22 further contains legal conclusions and argument as to which no response is required.

DEFENDANT'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

23.     Answering Paragraph 23, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 23 further contains legal conclusions and argument as to which no response is required.

24.     Answering Paragraph 24, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 24 further contains legal conclusions and argument as to which no response is required.

25.     Answering Paragraph 25, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 25 further contains legal conclusions and argument as to which no response is required.

26.     Answering Paragraph 26, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 26 further contains legal conclusions and argument as to which no response is required.

27.     Answering Paragraph 27, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 27 further contains legal conclusions and argument as to which no response is required.

28.     Answering Paragraph 28, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 28 further contains legal conclusions and argument as to which no response is required.

29.     Answering Paragraph 29, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 29 further contains legal conclusions and argument as to which no response is required.

DEFENDANT'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

30.     Answering Paragraph 30, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 30 further contains legal conclusions and argument as to which no response is required.

31.     Answering Paragraph 31, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 31 further contains legal conclusions and argument as to which no response is required.

32.     Answering Paragraph 32, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 32 further contains legal conclusions and argument as to which no response is required.

33.     Answering Paragraph 33, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 33 further contains legal conclusions and argument as to which no response is required.

34.     Answering Paragraph 34, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 34 further contains legal conclusions and argument as to which no response is required.

35.     Answering Paragraph 35, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 35 further contains legal conclusions and argument as to which no response is required.

36.     Answering Paragraph 36, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 36 further contains legal conclusions and argument as to which no response is required.

37.     Answering Paragraph 37, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 37 further contains legal conclusions and argument as to which no response is required.

38.     Answering Paragraph 38, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 38 further contains legal conclusions and argument as to which no response is required.

39.     Answering Paragraph 39, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 39 further contains legal conclusions and argument as to which no response is required.

40.     Answering Paragraph 40, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 40 further contains legal conclusions and argument as to which no response is required.

41.     Answering Paragraph 41, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 41 further contains legal conclusions and argument as to which no response is required.

42.     Answering Paragraph 42, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 42 further contains legal conclusions and argument as to which no response is required.

43.     Answering Paragraph 43, Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 42 of the Complaint.
///

DEFENDANT'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

44.     Answering Paragraph 44, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 44 further contains legal conclusions and argument as to which no response is required.

45.     Answering Paragraph 45, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 45 further contains legal conclusions and argument as to which no response is required.

46.     Answering Paragraph 46, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 46 further contains legal conclusions and argument as to which no response is required.

47.     Answering Paragraph 47, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 47 further contains legal conclusions and argument as to which no response is required.

48.     Answering Paragraph 48, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 48 further contains legal conclusions and argument as to which no response is required.

49.     Answering Paragraph 49, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 49 further contains legal conclusions and argument as to which no response is required.

50.     Answering Paragraph 50, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 50 further contains legal conclusions and argument as to which no response is required.

51.    Answering Paragraph 51, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 51 further contains legal conclusions and argument as to which no response is required.

52.    Answering Paragraph 52, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 52 further contains legal conclusions and argument as to which no response is required.

53.    Answering Paragraph 53, Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 52 of the Complaint.

54.    Answering Paragraph 54, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 54 further contains legal conclusions and argument as to which no response is required.

55.    Answering Paragraph 55, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 55 further contains legal conclusions and argument as to which no response is required.

56.    Answering Paragraph 56, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 56 further contains legal conclusions and argument as to which no response is required.

57.    Answering Paragraph 57, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 57 further contains legal conclusions and argument as to which no response is required.

///

DEFENDANT'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

58.     Answering Paragraph 58, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 58 further contains legal conclusions and argument as to which no response is required.

59.     Answering Paragraph 59, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 59 further contains legal conclusions and argument as to which no response is required.

60.     Answering Paragraph 60, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 60 further contains legal conclusions and argument as to which no response is required.

61.     Answering Paragraph 61, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 61 further contains legal conclusions and argument as to which no response is required.

62.     Answering Paragraph 62, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 62 further contains legal conclusions and argument as to which no response is required.

63.     Answering Paragraph 63, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 63 further contains legal conclusions and argument as to which no response is required.

64.     Answering Paragraph 64, Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 63 of the Complaint. ///

65.     Answering Paragraph 65, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 65 further contains legal conclusions and argument as to which no response is required.

66.     Answering Paragraph 66, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 66 further contains legal conclusions and argument as to which no response is required.

67.     Answering Paragraph 67, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 67 further contains legal conclusions and argument as to which no response is required.

68.     Answering Paragraph 68, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 68 further contains legal conclusions and argument as to which no response is required.

69.     Answering Paragraph 69, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 69 further contains legal conclusions and argument as to which no response is required.

70.     Answering Paragraph 70, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 70 further contains legal conclusions and argument as to which no response is required.

71.     Answering Paragraph 71, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 71 further contains legal conclusions and argument as to which no response is required.

72.     Answering Paragraph 72, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 72 further contains legal conclusions and argument as to which no response is required.

73.     Answering Paragraph 73, Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 72 of the Complaint.

74.     Answering Paragraph 74, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 74 further contains legal conclusions and argument as to which no response is required.

75.     Answering Paragraph 75, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 75 further contains legal conclusions and argument as to which no response is required.

76.     Answering Paragraph 76, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 76 further contains legal conclusions and argument as to which no response is required.

77.     Answering Paragraph 77, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 77 further contains legal conclusions and argument as to which no response is required.

78.     Answering Paragraph 78, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 78 further contains legal conclusions and argument as to which no response is required.

///

DEFENDANT'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

79. Answering Paragraph 79, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 79 further contains legal conclusions and argument as to which no response is required.

80. Answering Paragraph 80, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 80 further contains legal conclusions and argument as to which no response is required.

81. Answering Paragraph 81, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 81 further contains legal conclusions and argument as to which no response is required.

82. Answering Paragraph 82, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 82 further contains legal conclusions and argument as to which no response is required.

83. Answering Paragraph 83, Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 82 of the Complaint.

84. Answering Paragraph 84, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 84 further contains legal conclusions and argument as to which no response is required.

85. Answering Paragraph 85, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 85 further contains legal conclusions and argument as to which no response is required.

///

86.     Answering Paragraph 86, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 86 further contains legal conclusions and argument as to which no response is required.

87.     Answering Paragraph 87, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 87 further contains legal conclusions and argument as to which no response is required.

88.     Answering Paragraph 88, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 88 further contains legal conclusions and argument as to which no response is required.

89.     Answering Paragraph 89, Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 88 of the Complaint.

90.     Answering Paragraph 90, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 90 further contains legal conclusions and argument as to which no response is required.

91.     Answering Paragraph 91, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 91 further contains legal conclusions and argument as to which no response is required.

92.     Answering Paragraph 92, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 92 further contains legal conclusions and argument as to which no response is required.

///

93.    Answering Paragraph 93, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 93 further contains legal conclusions and argument as to which no response is required.

94.    Answering Paragraph 94, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 94 further contains legal conclusions and argument as to which no response is required.

95.    Answering Paragraph 95, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 95 further contains legal conclusions and argument as to which no response is required.

96.    Answering Paragraph 96, Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 95 of the Complaint.

97.    Answering Paragraph 97, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 97 further contains legal conclusions and argument as to which no response is required.

98.    Answering Paragraph 98, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 98 further contains legal conclusions and argument as to which no response is required.

99.    Answering Paragraph 99, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 99 further contains legal conclusions and argument as to which no response is required.

///

DEFENDANT'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

100.   Answering Paragraph 100, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 100 further contains legal conclusions and argument as to which no response is required.

101.   Answering Paragraph 101, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 101 further contains legal conclusions and argument as to which no response is required.

102.   Answering Paragraph 102, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 102 further contains legal conclusions and argument as to which no response is required.

103.   Answering Paragraph 103, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 103 further contains legal conclusions and argument as to which no response is required.

104.   Answering Paragraph 104, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 104 further contains legal conclusions and argument as to which no response is required.

105.   Answering Paragraph 105, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 105 further contains legal conclusions and argument as to which no response is required.

106.   Answering Paragraph 106, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 106 further contains legal conclusions and argument as to which no response is required.

DEFENDANT'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

107.   Answering Paragraph 107, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 107 further contains legal conclusions and argument as to which no response is required.

108.   Answering the Prayer for Relief, including subsections (A) through (H), Defendants denies that Plaintiffs are entitled to the relief requested.

## AFFIRMATIVE DEFENSES

Defendant pleads the following separate defenses.  Defendant reserves the right to assert additional affirmative defenses that discovery indicates are proper.

## FIRST AFFIRMATIVE DEFENSE
### (Tort Claims Act Violation)

1.   This action is barred by the plaintiff's failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

## SECOND AFFIRMATIVE DEFENSE
### (Waiver, Estoppel, Unclean Hands)

2.   Defendant alleges that plaintiff's actions are barred by reason of conduct, actions and inactions of plaintiff which amount to and constitute a waiver of any right plaintiff may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop Plaintiff from recovery in this action, including but not limited to the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

3.   Plaintiff's claims are barred or limited to the extent Plaintiff failed to mitigate Plaintiff's injuries or damages, if there were any.  Plaintiff has failed to mitigate the damages, if any, which Plaintiff has sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, Plaintiff

has failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries, and failed to take reasonable precautions to reduce any injuries and damages.

### FOURTH AFFIRMATIVE DEFENSE
### (Contributory and/or Comparative Liability)

4.     Plaintiff's claims are barred or limited by plaintiff's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent the Plaintiff suffered any injury or damages, it was the result of Plaintiff's and/or plaintiff's decedent's own negligent or deliberate actions or omissions.

5.     Plaintiff's recovery is barred because any injury or damage suffered by Plaintiff was caused solely by reason of the plaintiff's and/or plaintiff's decedent's wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties.  The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendant on account of such conduct.

### FIFTH AFFIRMATIVE DEFENSE
### (Public Entity/Employee Immunity for Discretionary Acts)

6.     There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*.

7.     Plaintiff's recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

8.     Plaintiff's recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et. seq.*, 820 *et. seq.*

9.     Defendant(s) are immune for any detriment resulting from any of their actions or omissions at the time of the incident of which Plaintiff complain pursuant

to Government Code § 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 845.8, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## SIXTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

10.    The individual defendants are immune from liability under the Federal Civil Rights Act because a reasonable officer could believe that his acts and conduct were appropriate.  The individual defendants are immune from liability under the Federal Civil Rights Act because their individual conduct did not violate clearly established constitutional rights of which a reasonable person would have known.

11.    At all relevant times, the involved officers acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws.

## SEVENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

12.    At the time and place referred to in the Complaint, and before such event, Plaintiff knew, appreciated, and understood each and every risk involved in placing himself in the position which plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury and/or lawful deprivation of right(s).

## EIGHTH AFFIRMATIVE DEFENSE

13.    To the extent that the Complaint attempts to predicate liability upon the public entity defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such

liability is barred by Government Code §§ 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to Plaintiff; and by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal case of any injury alleged in the COMPLAINT.  *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

## NINTH AFFIRMATIVE DEFENSE

14.    The defendant(s) may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate.  Cal. Govt. Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

## TENTH AFFIRMATIVE DEFENSE

15.    The Plaintiff's claims related to a peace officer's use of force are barred because a peace officer making a detention or arrest need not retreat in the face of a suspect's resistance and cannot be deemed to be the aggressor or lose his right to lawful self-defense and/or defense of others by using force.

## FIRST AFFIRMATIVE DEFENSE
### (Government Code § 845.6)

16.    Neither a public entity nor a public employee is liable for injury proximately caused by the failure of the employee to furnish or obtain medical care for a prisoner in his custody.

17.    A public employee, and the public entity where the employee is acting within the scope of his employment, is liable if the employee knows or has reason to

know that the prisoner is in need of immediate medical care and he fails to take reasonable action to summon such medical care.

### SECOND AFFIRMATIVE DEFENSE

### (Punitive and Exemplary Damages Barred – Procedural Due Process)

18.     Defendant contends that Plaintiff's Complaint, to the extent that it seeks exemplary or punitive damages, violates Defendant's right to procedural due process under the Fourteenth Amendment of the United States Constitution, and the Constitution of the State of California, and the purported claim for punitive or exemplary damages is therefore barred.

### THIRD AFFIRMATIVE DEFENSE

### (Punitive and Exemplary Damages Barred – Substantive Due Process)

19.     Defendant alleges that Plaintiff's Complaint, to the extent that it seeks exemplary or punitive damages, violates Defendants' right to substantive due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution, and the Constitution of the State of California, and the purported claim for punitive or exemplary damages is therefore barred.

### FOURTH AFFIRMATIVE DEFENSE

### (Punitive and Exemplary Damages Barred – Article VI)

20.     Defendant alleges that Plaintiff's Complaint, to the extent that it seeks exemplary or punitive damages, is barred by Article VI of the United States Constitution.

### FIFTEENTH AFFIRMATIVE DEFENSE

21.     The defendant(s) may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate.  Cal. Govt. Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris* (1989) 489 U.S. 378, 388-389; *City of Los Angeles v. Heller*

Manning&Kass<br>Ellrod, Ramirez, Trester LLP<br>Attorneys at Law

21

**DEFENDANT'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

1   (1986) 475 U.S. 796.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Bane Civil Rights Act)

22.    The complaint, and specifically the request for statutory damages under California Civil Code Section 52 and 52.1, fails to state a claim against these answering defendants, as plaintiff has failed to allege and/or show, and neither can plaintiffs prove, that defendants intentionally interfered with or attempted to interfere with plaintiff's civil rights by use of threats, intimidation or coercion, or by committing violent acts, which were substantial factor in causing harm to plaintiff.

23.    Defendant contends that they cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in Plaintiff's Complaint. Accordingly, Defendant expressly reserves the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

WHEREFORE, Defendant prays for relief as follows:

1.    That the Complaint be dismissed with prejudice and in its entirety;

2.    That Plaintiff take nothing by reason of this Complaint and that judgment be entered against Plaintiff and in favor of Defendants;

3.    That Defendant be awarded its costs incurred in defending this action;

4.    That Defendant be granted such other and further relief as the Court may deem just and proper.

DATED:  December 18, 2023          **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:  ___/s/ *Eugene P. Ramirez*___
Eugene P. Ramirez
Kayleigh Andersen
Attorneys for Defendant, CITY OF
BEAUMONT

1

## **DEMAND FOR JURY TRIAL**

2    Defendants hereby demands trial of this matter by jury.

3    DATED:  December 18, 2023       **MANNING & KASS**

4                                    **ELLROD, RAMIREZ, TRESTER LLP**

5

6                                    By:    /s/ *Eugene P. Ramirez*

7                                           Eugene P. Ramirez

8                                           Kayleigh Andersen
                                            Attorneys for Defendant, CITY OF
9                                           BEAUMONT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**