Eugene P. Ramirez (State Bar No. 134865)
  epr@manningllp.com
Kayleigh Andersen (State Bar No. 306442)
  kaa@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor,
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, CITY OF BEAUMONT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PIETRONICO, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BEAUMONT; and DOES 1-10, Inclusive, <br><br> Defendants. | Case No. 5:23-cv-2431- SB-JPR <br><br> **DEFENDANT'S NOTICE OF INTERESTED PARTIES** <br><br> *Action Filed:   11/29/2023* |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

The undersigned, counsel of record for Defendant, CITY OF BEAUMONT, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

///

///

///

| Name | Connection or Interest |
|------|------------------------|
| James Pietronico | Plaintiff |
| City of Beaumont | Public Entity Defendant |

DATED:  December 18, 2023         **MANNING & KASS**
                                  **ELLROD, RAMIREZ, TRESTER LLP**


By:      /s/ *Kayleigh A. Andersen*
     Eugene P. Ramirez
     Kayleigh Andersen
     Attorneys for Defendant, CITY OF BEAUMONT