1  **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
2  *dalekgalipo@yahoo.com*
Benjamin S. Levine (SBN 342060)
3  *blevine@galipolaw.com*
21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
Tel: (818) 347-3333
5  Fax: (818) 347-4118
6  
7  *Attorneys for Plaintiff*
8  

9  UNITED STATES DISTRICT COURT
10 CENTRAL DISTRICT OF CALIFORNIA

11 | JAMES PIETRONICO, | Case No.: 5:23-cv-02431-SB-JPR
12 |                    |
13 | Plaintiff,         | *District Judge Stanley Blumenfeld Jr.*
14 | v.                 | *Magistrate Judge Jean P. Rosenbluth*
15 | CITY OF BEAUMONT; and DOES 1-10, inclusive, | **PLAINTIFF'S NOTICE OF LODGING OF CONSENT FORM**
16 |                    |
17 | Defendants.        |

19  TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

20  PLEASE TAKE NOTICE that, following the Mandatory Scheduling
21 Conference held by the Court on January 26, 2024, the parties to this action have met
22 and conferred and consent to proceed before Magistrate Judge Karen L. Stevenson for
23 all purposes. Magistrate Judge Stevenson has agreed to accept the case. Accordingly,
24 Plaintiff hereby gives notice of this lodging of the attached joint Statement of Consent
25 to Proceed Before a United States Magistrate Judge.
26 / / /
27 / / /
28 / / /

1
**NOTICE OF LODGING OF CONSENT FORM**

| | | |
|---|---|---|
| 1 | DATED: February 28, 2024 | **LAW OFFICES OF DALE K. GALIPO** |
| 2 | | |
| 3 | | |
| 4 | | By:   __/s/ Benjamin S. Levine_____ |
| 5 | | DALE K. GALIPO<br>BENJAMIN S. LEVINE |
| 6 | | Attorneys for Plaintiffs |

**NOTICE OF LODGING OF CONSENT FORM**