**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
*dalekgalipo@yahoo.com*
Benjamin S. Levine (SBN 342060)
*blevine@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff James Pietronico*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PIETRONICO,<br><br>           Plaintiff,<br><br>      v.<br><br>CITY OF BEAUMONT; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 5:23-cv-02431-KS<br><br>*[Assigned for all purposes to the Honorable Magistrate Judge Karen L. Stevenson]*<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT TO NAME INDIVIDUAL OFFICERS AS DEFENDANTS IN PLACE OF DOE DEFENDANTS 1-7** |

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiff JAMES PIETRONICO and Defendant CITY OF BEAUMONT ("the Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiff filed his Complaint on November 29, 2023. At the time of the filing of his Complaint, Plaintiff was genuinely ignorant of the names of the City of Beaumont Police Department ("BPD") employees and/or individuals who used force during the incident giving rise to this lawsuit. Subsequently, after the parties exchanged their initial disclosures and Defendant CITY OF BEAUMONT ("CITY") provided supplemental disclosures containing records from the third-party investigation of the incident, Plaintiff discovered information that Officers Anthony Becerra, Randall Marsh, Kevin Nguyen, Jessica Rodriguez, Anthony Rojas, and Fabian Salinas are the BPD employees who fired shots during the incident giving rise to this lawsuit and participated in Plaintiff's initial detention, and that Officer Angela Chapparosa is a BPD employee who prolonged Plaintiff's detention after the incident and effectuated what Plaintiff alleges constituted a *de facto* arrest of Plaintiff.

2. The Parties agree that Plaintiff may file an amended complaint for the primary purpose of naming BPD Officers Becerra, Marsh, Nguyen, Rodriguez, Rojas, Salinas, and Chapparosa as individual defendants. A copy of Plaintiff's proposed First Amended Complaint is attached hereto as "Exhibit A."

3. Counsel for the City of Beaumont agrees to accept service of the First Amended Complaint on behalf of the City of Beaumont and all named individual defendant officers.

/ / /

4.  Plaintiff shall have 7 days to file his First Amended Complaint after the Court grants him leave. Defendants shall have 21 days thereafter to file a responsive pleading.

IT IS SO STIPULATED.


DATED:  March 6, 2024                    LAW OFFICES OF DALE K. GALIPO


                                         By:  _____
                                                  */s/ Benjamin S. Levine*
                                             Dale K. Galipo
                                             Benjamin S. Levine[1]
                                             Attorneys for Plaintiff James Pietronico


DATED:  March 6, 2024                    MANNING & KASS
                                         ELLROD, RAMIREZ, TRESTER LLP


                                         By:  _____
                                                  */s/ Kayleigh Andersen*
                                             Eugene P. Ramirez
                                             Kayleigh Andersen
                                             Attorneys for Defendant City of Beaumont

---

[1]   Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2