UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PIETRONICO,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF BEAUMONT; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 5:23-cv-02431-KS<br><br>**(~~PROPOSED~~) ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

1

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' stipulation in Case No. 5:23-cv-02431-KS is **GRANTED** and Plaintiff is granted leave to file the First Amended Complaint attached to the stipulation.

Plaintiff has seven (7) days from the date of this Order to file a First Amended Complaint. Defendants' responsive pleading shall be due twenty-one (21) days from service of the First Amended Complaint. No currently scheduled hearings will be affected by this Order or by the filing of Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:  March 11, 2024

*Karen L. Stevenson*
KAREN L. STEVENSON
United States Magistrate Judge