1  Eugene P. Ramirez (State Bar No. 134865)
     *epr@manningllp.com*
2  Kayleigh Andersen (State Bar No. 306442)
     *kaa@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor,
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendants, CITY OF
   BEAUMONT, et al.

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JAMES PIETRONICO,                    Case No. 5:23-cv-2431-KS

12         Plaintiff,                    **ANSWER OF DEFENDANTS TO**
                                         **PLAINTIFF'S  FIRST AMENDED**
13       v.                             **COMPLAINT; DEMAND FOR**
                                         **JURY TRIAL**
14 CITY OF BEAUMONT; and DOES 1-
   10, Inclusive,
15                                       *Action Filed:      11/29/23*
         Defendants.
16

17

18         Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants

19 CITY OF BEAUMONT, ANTHONY BECERRA, RANDALL MARSH, KEVIN

20 NGUYEN, JESSICA RODRIGUEZ, ANTHONY ROJAS, FABIAN SALINAS, and

21 ANGELA CHAPPAROSA ("Defendants") answer the First Amended Complaint

22 ("FAC") of Plaintiff ("Plaintiff"), filed on or about March 11, 2024.  If an averment

23 is not specifically admitted, it is hereby denied.

24              **ANSWER TO FIRST AMENDED COMPLAINT**

25         1.      Answering Paragraph 1, Defendants admit that this Court has original

26 jurisdiction of plaintiff's federal claims pursuant to 28 U.S.C. § 1331 and §1343(a)(3)-

27 (4), and that this Court has supplemental jurisdiction of plaintiff's state law claims

28

1  pursuant to 28 U.S.C. § 1367(a).  Except as expressly admitted herein, Defendants
2  deny each and every allegation contained therein.

3       2.     Answering Paragraph 2, Defendants admit that venue is proper before
4  this Court.  Except as expressly admitted herein, Defendants deny each and every
5  allegation contained therein.

6       3.     Answering Paragraph 3, Defendants lack sufficient knowledge or
7  information to form a belief concerning the truth of the factual allegations contained
8  therein and on that basis deny such allegations.  Paragraph 3 further contains legal
9  conclusions and argument as to which no response is required.

10      4.     Answering Paragraph 4, Defendants lack sufficient knowledge or
11 information to form a belief concerning the truth of the factual allegations contained
12 therein and on that basis deny such allegations.  Paragraph 4 further contains legal
13 conclusions and argument as to which no response is required.

14      5.     Answering Paragraph 5, Defendants lack sufficient knowledge or
15 information to form a belief concerning the truth of the factual allegations contained
16 therein and on that basis deny such allegations.  Paragraph 5 further contains legal
17 conclusions and argument as to which no response is required.

18      6.     Answering Paragraph 6, Defendants lack sufficient knowledge or
19 information to form a belief concerning the truth of the factual allegations contained
20 therein and on that basis deny such allegations.  Paragraph 6 further contains legal
21 conclusions and argument as to which no response is required.

22      7.     Answering Paragraph 7, Defendants admit that the CITY OF
23 BEAUMONT, at all relevant times, was an incorporated public entity operating under
24 the laws of the State of California.  Except as expressly admitted herein, Defendants
25 deny each and every allegation contained therein.

26      8.     Answering Paragraph 8, Defendants admit that Defendant ANTHONY
27 BECERRA is a police officer for the CITY working for the BPD at the time of this

28

ANSWER OF DEFENDANTS TO PLAINTIFF'S  FIRST AMENDED COMPLAINT; DEMAND FOR JURY
TRIAL

incident.  Paragraph 8 further contains legal conclusions and argument as to which no response is required.

9.      Answering Paragraph 9, Defendants admit that Defendant RANDALL MARSH is a police officer for the CITY working for the BPD at the time of this incident.  Paragraph 9 further contains legal conclusions and argument as to which no response is required.

10.      Answering Paragraph 10, Defendants admit that Defendant KEVIN NGUYEN is a police officer for the CITY working for the BPD at the time of this incident.  Paragraph 10 further contains legal conclusions and argument as to which no response is required.

11.      Answering Paragraph 11, Defendants admit that Defendant JESSICA RODRIGUEZ is a police officer for the CITY working for the BPD at the time of this incident.  Paragraph 11 further contains legal conclusions and argument as to which no response is required.

12.      Answering Paragraph 12, Defendants admit that Defendant ANTHONY ROJAS is a police officer for the CITY working for the BPD at the time of this incident.  Paragraph 12 further contains legal conclusions and argument as to which no response is required.

13.      Answering Paragraph 13, Defendants admit that Defendant FABIAN SALINAS is a police officer for the CITY working for the BPD at the time of this incident.  Paragraph 13 further contains legal conclusions and argument as to which no response is required.

14.      Answering Paragraph 14, Defendants admit that Defendant ANGELA CHAPPAROSA is a police officer for the CITY working for the BPD at the time of this incident.  Paragraph 14 further contains legal conclusions and argument as to which no response is required.

15.      Answering Paragraph 15, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

therein and on that basis deny such allegations.  Paragraph 15 further contains legal conclusions and argument as to which no response is required.

16.    Answering Paragraph 16, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 16 further contains legal conclusions and argument as to which no response is required.

17.    Answering Paragraph 17, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 17 further contains legal conclusions and argument as to which no response is required.

18.    Answering Paragraph 18, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 18 further contains legal conclusions and argument as to which no response is required.

19.    Answering Paragraph 19, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 19 further contains legal conclusions and argument as to which no response is required.

20.    Answering Paragraph 20, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 20 further contains legal conclusions and argument as to which no response is required.

21.    Answering Paragraph 21, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 21 further contains legal conclusions and argument as to which no response is required.

22.    Answering Paragraph 22, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

4

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

therein and on that basis deny such allegations.  Paragraph 22 further contains legal conclusions and argument as to which no response is required.

23.     Answering Paragraph 23, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 23 further contains legal conclusions and argument as to which no response is required.

24.     Answering Paragraph 24, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 24 further contains legal conclusions and argument as to which no response is required.

25.     Answering Paragraph 25, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 25 further contains legal conclusions and argument as to which no response is required.

26.     Answering Paragraph 26, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 26 further contains legal conclusions and argument as to which no response is required.

27.     Answering Paragraph 27, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 27 further contains legal conclusions and argument as to which no response is required.

28.     Answering Paragraph 28, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 28 further contains legal conclusions and argument as to which no response is required.

29.     Answering Paragraph 29, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

therein and on that basis deny such allegations.  Paragraph 29 further contains legal conclusions and argument as to which no response is required.

30.     Answering Paragraph 30, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 30 further contains legal conclusions and argument as to which no response is required.

31.     Answering Paragraph 31, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 31 further contains legal conclusions and argument as to which no response is required.

32.     Answering Paragraph 32, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 32 further contains legal conclusions and argument as to which no response is required.

33.     Answering Paragraph 33, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 33 further contains legal conclusions and argument as to which no response is required.

34.     Answering Paragraph 34, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 34 further contains legal conclusions and argument as to which no response is required.

35.     Answering Paragraph 35, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 35 further contains legal conclusions and argument as to which no response is required.

36.     Answering Paragraph 36, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

ANSWER OF DEFENDANTS TO PLAINTIFF'S  FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

therein and on that basis deny such allegations. Paragraph 36 further contains legal conclusions and argument as to which no response is required.

37.     Answering Paragraph 37, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 37 further contains legal conclusions and argument as to which no response is required.

38.     Answering Paragraph 38, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 38 further contains legal conclusions and argument as to which no response is required.

39.     Answering Paragraph 39, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 39 further contains legal conclusions and argument as to which no response is required.

40.     Answering Paragraph 40, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 40 further contains legal conclusions and argument as to which no response is required.

41.     Answering Paragraph 41, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 41 further contains legal conclusions and argument as to which no response is required.

42.     Answering Paragraph 42, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 42 further contains legal conclusions and argument as to which no response is required.

43.     Answering Paragraph 43, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

therein and on that basis deny such allegations.  Paragraph 43 further contains legal conclusions and argument as to which no response is required.

44.     Answering Paragraph 44, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 44 further contains legal conclusions and argument as to which no response is required.

45.     Answering Paragraph 45, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 45 further contains legal conclusions and argument as to which no response is required.

46.     Answering Paragraph 46, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 46 further contains legal conclusions and argument as to which no response is required.

47.     Answering Paragraph 47, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 47 further contains legal conclusions and argument as to which no response is required.

48.     Answering Paragraph 48, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 48 further contains legal conclusions and argument as to which no response is required.

49.     Answering Paragraph 49, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 49 further contains legal conclusions and argument as to which no response is required.

50.     Answering Paragraph 50, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

therein and on that basis deny such allegations.  Paragraph 50 further contains legal conclusions and argument as to which no response is required.

51.     Answering Paragraph 51, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 51 further contains legal conclusions and argument as to which no response is required.

52.     Answering Paragraph 52, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 52 further contains legal conclusions and argument as to which no response is required.

53.     Answering Paragraph 53, Defendant repeats, reiterates, and re-alleges all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 52 of the Complaint.

54.     Answering Paragraph 54, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 54 further contains legal conclusions and argument as to which no response is required.

55.     Answering Paragraph 55, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 55 further contains legal conclusions and argument as to which no response is required.

56.     Answering Paragraph 56, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 56 further contains legal conclusions and argument as to which no response is required.

57.     Answering Paragraph 57, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

ANSWER OF DEFENDANTS TO PLAINTIFF'S  FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

therein and on that basis deny such allegations.  Paragraph 57 further contains legal conclusions and argument as to which no response is required.

58.    Answering Paragraph 58, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 58 further contains legal conclusions and argument as to which no response is required.

59.    Answering Paragraph 59, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 59 further contains legal conclusions and argument as to which no response is required.

60.    Answering Paragraph 60, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 60 further contains legal conclusions and argument as to which no response is required.

61.    Answering Paragraph 61, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 61 further contains legal conclusions and argument as to which no response is required.

62.    Answering Paragraph 62, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 62 further contains legal conclusions and argument as to which no response is required.

63.    Answering Paragraph 63, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 63 further contains legal conclusions and argument as to which no response is required.

64.    Answering Paragraph 64, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

10

ANSWER OF DEFENDANTS TO PLAINTIFF'S  FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

therein and on that basis deny such allegations.  Paragraph 64 further contains legal conclusions and argument as to which no response is required.

65.     Answering Paragraph 65, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 65 further contains legal conclusions and argument as to which no response is required.

66.     Answering Paragraph 66, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 66 further contains legal conclusions and argument as to which no response is required.

67.     Answering Paragraph 67, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 67 further contains legal conclusions and argument as to which no response is required.

68.     Answering Paragraph 68, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 68 further contains legal conclusions and argument as to which no response is required.

69.     Answering Paragraph 69, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 69 further contains legal conclusions and argument as to which no response is required.

70.     Answering Paragraph 70, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 70 further contains legal conclusions and argument as to which no response is required.

71.     Answering Paragraph 71, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

11

therein and on that basis deny such allegations.  Paragraph 71 further contains legal conclusions and argument as to which no response is required.

72.     Answering Paragraph 72, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 72 further contains legal conclusions and argument as to which no response is required.

73.     Answering Paragraph 73, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 73 further contains legal conclusions and argument as to which no response is required.

74.     Answering Paragraph 74, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 74 further contains legal conclusions and argument as to which no response is required.

75.     Answering Paragraph 75, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 75 further contains legal conclusions and argument as to which no response is required.

76.     Answering Paragraph 76, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 76 further contains legal conclusions and argument as to which no response is required.

77.     Answering Paragraph 77, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 77 further contains legal conclusions and argument as to which no response is required.

78.     Answering Paragraph 78, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

12

therein and on that basis deny such allegations.  Paragraph 78 further contains legal conclusions and argument as to which no response is required.

79.    Answering Paragraph 79, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 79 further contains legal conclusions and argument as to which no response is required.

80.    Answering Paragraph 80, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 80 further contains legal conclusions and argument as to which no response is required.

81.    Answering Paragraph 81, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 81 further contains legal conclusions and argument as to which no response is required.

82.    Answering Paragraph 82, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 82 further contains legal conclusions and argument as to which no response is required.

83.    Answering Paragraph 83, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 83 further contains legal conclusions and argument as to which no response is required.

84.    Answering Paragraph 84, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 84 further contains legal conclusions and argument as to which no response is required.

85.    Answering Paragraph 85, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

13

therein and on that basis deny such allegations.  Paragraph 85 further contains legal conclusions and argument as to which no response is required.

86.    Answering Paragraph 86, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 86 further contains legal conclusions and argument as to which no response is required.

87.    Answering Paragraph 87, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 87 further contains legal conclusions and argument as to which no response is required.

88.    Answering Paragraph 88, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 88 further contains legal conclusions and argument as to which no response is required.

89.    Answering Paragraph 89, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 89 further contains legal conclusions and argument as to which no response is required.

90.    Answering Paragraph 90, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 90 further contains legal conclusions and argument as to which no response is required.

91.    Answering Paragraph 91, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 91 further contains legal conclusions and argument as to which no response is required.

92.    Answering Paragraph 92, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

ANSWER OF DEFENDANTS TO PLAINTIFF'S  FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

therein and on that basis deny such allegations.  Paragraph 92 further contains legal conclusions and argument as to which no response is required.

93.     Answering Paragraph 93, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 93 further contains legal conclusions and argument as to which no response is required.

94.     Answering Paragraph 94, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 94 further contains legal conclusions and argument as to which no response is required.

95.     Answering Paragraph 95, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 95 further contains legal conclusions and argument as to which no response is required.

96.     Answering Paragraph 96, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 96 further contains legal conclusions and argument as to which no response is required.

97.     Answering Paragraph 97, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 97 further contains legal conclusions and argument as to which no response is required.

98.     Answering Paragraph 98, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 98 further contains legal conclusions and argument as to which no response is required.

99.     Answering Paragraph 99, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

ANSWER OF DEFENDANTS TO PLAINTIFF'S  FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

therein and on that basis deny such allegations.  Paragraph 99 further contains legal conclusions and argument as to which no response is required.

100.   Answering Paragraph 100, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 100 further contains legal conclusions and argument as to which no response is required.

101.   Answering Paragraph 101, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 101 further contains legal conclusions and argument as to which no response is required.

102.   Answering Paragraph 102, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 102 further contains legal conclusions and argument as to which no response is required.

103.   Answering Paragraph 103, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 103 further contains legal conclusions and argument as to which no response is required.

104.   Answering Paragraph 104, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 104 further contains legal conclusions and argument as to which no response is required.

105.   Answering Paragraph 105, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 105 further contains legal conclusions and argument as to which no response is required.

106.   Answering Paragraph 106, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

therein and on that basis deny such allegations.  Paragraph 106 further contains legal conclusions and argument as to which no response is required.

107.   Answering Paragraph 107, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 107 further contains legal conclusions and argument as to which no response is required.

108.   Answering Paragraph 108, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 108 further contains legal conclusions and argument as to which no response is required.

109.   Answering Paragraph 109, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 109 further contains legal conclusions and argument as to which no response is required.

110.   Answering Paragraph 110, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 110 further contains legal conclusions and argument as to which no response is required.

111.   Answering Paragraph 111, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 111 further contains legal conclusions and argument as to which no response is required.

112.   Answering Paragraph 112, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 112 further contains legal conclusions and argument as to which no response is required.

113.   Answering Paragraph 113, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

ANSWER OF DEFENDANTS TO PLAINTIFF'S  FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

1 therein and on that basis deny such allegations. Paragraph 113 further contains legal

2 conclusions and argument as to which no response is required

3       114. Answering the Prayer for Relief, including subsections (A) through (H),

4 Defendants denies that Plaintiffs are entitled to the relief requested.

5 **AFFIRMATIVE DEFENSES**

6       Defendants plead the following separate defenses. Defendants reserve the right

7 to assert additional affirmative defenses that discovery indicates are proper.

8 **FIRST AFFIRMATIVE DEFENSE**

9 **(Tort Claims Act Violation)**

10       1. This action is barred by the plaintiff's failure to comply with the

11 government tort claims presentation requirements, California Government Code

12 § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911,

13 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

14 **SECOND AFFIRMATIVE DEFENSE**

15 **(Waiver, Estoppel, Unclean Hands)**

16       2. Defendants allege that plaintiff's actions are barred by reason of conduct,

17 actions and inactions of plaintiff which amount to and constitute a waiver of any right

18 plaintiff may or might have had in reference to the matters and things alleged in the

19 FAC, or that otherwise estop Plaintiff from recovery in this action, including but not

20 limited to the doctrine of unclean hands.

21 **THIRD AFFIRMATIVE DEFENSE**

22 **(Failure to Mitigate Damages)**

23       3. Plaintiff's claims are barred or limited to the extent Plaintiff failed to

24 mitigate Plaintiff's injuries or damages, if there were any. Plaintiff has failed to

25 mitigate the damages, if any, which Plaintiff has sustained, and to exercise reasonable

26 care to avoid the consequences of harms, if any, in that, among other things, Plaintiff

27 has failed to use reasonable diligence in caring for any injuries, failed to use

28 reasonable means to prevent aggravation of any injuries, and failed to take reasonable

18

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1  precautions to reduce any injuries and damages.

2  **FOURTH AFFIRMATIVE DEFENSE**

3  **(Contributory and/or Comparative Liability)**

4      4.      Plaintiff's      claims      are      barred      or      limited      by      plaintiff's
5  contributory/comparative negligence or other conduct, acts, or omissions, and to the
6  extent the Plaintiff suffered any injury or damages, it was the result of Plaintiff's own
7  negligent or deliberate actions or omissions.

8      5.      Plaintiff's recovery is barred because any injury or damage suffered by
9  Plaintiff was caused solely by reason of the plaintiff's wrongful acts and conduct and
10  the willful resistance to a peace officer in the discharge their duties.  The conduct set
11  forth in the Complaint, if and to the extent it occurred, was privileged and justified
12  and done with a good faith belief that it was correct and no action may be taken against
13  the answering Defendant on account of such conduct.

14  **FIFTH AFFIRMATIVE DEFENSE**

15  **(Public Entity/Employee Immunity for Discretionary Acts)**

16      6.      There is no liability for any injury or damages, if any there were,
17  resulting from an exercise of discretion vested in a public employee, whether or not
18  such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq.*

19      7.      Plaintiff's recovery is barred because public entities and employees are
20  immune from liability for discharging their mandatory duties with reasonable
21  diligence.

22      8.      Plaintiff's recovery is barred because public entities and employees are
23  immune from liability for any injury caused by the act or omission of another person.
24  Gov. Code §§ 815 *et. seq.*, 820 *et. seq.*

25      9.      Defendant(s) are immune for any detriment resulting from any of their
26  actions or omissions at the time of the incident of which Plaintiff complain pursuant
27  to Government Code § 810 *et seq.*, 815 *et seq.*, 820 *et seq.*, and 845 *et seq.*, including,
28  but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8,

820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 845.8, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## SIXTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

10.    The individual defendants are immune from liability under the Federal Civil Rights Act because a reasonable officer could believe that his acts and conduct were appropriate.  The individual defendants are immune from liability under the Federal Civil Rights Act because their individual conduct did not violate clearly established constitutional rights of which a reasonable person would have known.

11.    At all relevant times, the involved officers acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws.

## SEVENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

12.    At the time and place referred to in the FAC, and before such event, Plaintiff knew, appreciated, and understood each and every risk involved in placing himself in the position which plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury and/or lawful deprivation of right(s).

## EIGHTH AFFIRMATIVE DEFENSE

13.    To the extent that the FAC attempts to predicate liability upon the public entity defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code §§ 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County*

ANSWER OF DEFENDANTS TO PLAINTIFF'S  FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

*of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to Plaintiff; and by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal case of any injury alleged in the FAC. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

### NINTH AFFIRMATIVE DEFENSE

14.    The defendant(s) may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate.  Cal. Govt. Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

### TENTH AFFIRMATIVE DEFENSE

15.    The Plaintiff's claims related to a peace officer's use of force are barred because a peace officer making a detention or arrest need not retreat in the face of a suspect's resistance and cannot be deemed to be the aggressor or lose his right to lawful self-defense and/or defense of others by using force.

### FIRST AFFIRMATIVE DEFENSE
#### (Government Code § 845.6)

16.    Neither a public entity nor a public employee is liable for injury proximately caused by the failure of the employee to furnish or obtain medical care for a prisoner in his custody.

17.    A public employee, and the public entity where the employee is acting within the scope of his employment, is liable if the employee knows or has reason to know that the prisoner is in need of immediate medical care and he fails to take reasonable action to summon such medical care.

21

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

## SECOND AFFIRMATIVE DEFENSE

### (Punitive and Exemplary Damages Barred – Procedural Due Process)

18.　Defendants contend that Plaintiff's FAC to the extent that it seeks exemplary or punitive damages, violates Defendants' right to procedural due process under the Fourteenth Amendment of the United States Constitution, and the Constitution of the State of California, and the purported claim for punitive or exemplary damages is therefore barred.

## THIRD AFFIRMATIVE DEFENSE

### (Punitive and Exemplary Damages Barred – Substantive Due Process)

19.　Defendants allege that Plaintiff's FAC, to the extent that it seeks exemplary or punitive damages, violates Defendants' right to substantive due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution, and the Constitution of the State of California, and the purported claim for punitive or exemplary damages is therefore barred.

## FOURTH AFFIRMATIVE DEFENSE

### (Punitive and Exemplary Damages Barred – Article VI)

20.　Defendants allege that Plaintiff's FAC, to the extent that it seeks exemplary or punitive damages, is barred by Article VI of the United States Constitution.

## FIFTEENTH AFFIRMATIVE DEFENSE

21.　The defendant(s) may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate.  Cal. Govt. Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris* (1989) 489 U.S. 378, 388-389; *City of Los Angeles v. Heller* (1986) 475 U.S. 796.

///

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Bane Civil Rights Act)

22.     The FAC, and specifically the request for statutory damages under California Civil Code Section 52 and 52.1, fails to state a claim against these answering defendants, as plaintiff has failed to allege and/or show, and neither can plaintiffs prove, that defendants intentionally interfered with or attempted to interfere with plaintiff's civil rights by use of threats, intimidation or coercion, or by committing violent acts, which were substantial factor in causing harm to plaintiff.

23.     Defendants contend that they cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in Plaintiff's Complaint. Accordingly, Defendants expressly reserve the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

WHEREFORE, Defendants pray for relief as follows:

1.     That the FAC be dismissed with prejudice and in its entirety;

2.     That Plaintiff take nothing by reason of this FAC and that judgment be entered against Plaintiff and in favor of Defendants;

3.     That Defendants be awarded its costs incurred in defending this action;

4.     That Defendants be granted such other and further relief as the Court may deem just and proper.

DATED:  March 14, 2024          **MANNING & KASS**
                                **ELLROD, RAMIREZ, TRESTER LLP**

                                By: _____/s/ *Kayleigh A. Andersen*_____
                                     Eugene P. Ramirez
                                     Kayleigh Andersen
                                     Attorneys for Defendants, CITY OF
                                     BEAUMONT, et al.

ANSWER OF DEFENDANTS TO PLAINTIFF'S  FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

1

## **DEMAND FOR JURY TRIAL**

2
    Defendants hereby demand trial of this matter by jury.

3
DATED:  March 14, 2024       **MANNING & KASS**

4
                             **ELLROD, RAMIREZ, TRESTER LLP**

5
               By:        /s/ *Kayleigh A. Andersen*

6
                     Eugene P. Ramirez

7
                     Kayleigh Andersen
                     Attorneys for Defendants, CITY OF

8
                     BEAUMONT, et al.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

24

ANSWER OF DEFENDANTS TO PLAINTIFF'S  FIRST AMENDED COMPLAINT; DEMAND FOR JURY
TRIAL