UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   ED CV 23-2431-KS                                              Date: May 7, 2024

Title    *James Pietronico v. City of Beaumont et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | Courtsmart-05/07/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Non-appearance | Eugene Ramirez |

**Proceedings: (IN CHAMBERS) MINUTES RE: SCHEDULING CONFERENCE**

Plaintiff's attorney did not appear for the hearing. The Court is inclined to adopt the proposed case management dates presented in the parties' Joint Rule 26(f) report. However, Mr. Ramirez advised the Court that there is a related matter pending before the Court, *Braiden Goedhart v. City of Beaumont et al- ED CV 24-00173-KS*, that involves the same alleged incident and many of the same witnesses.

Accordingly, the Court will hold a joint case management conference on **Tuesday**, **May 21, 2024, at 10:00 a.m.,** to discuss, what, if any, coordination should occur between the two cases regarding the scheduling of pre-trial and trial dates. On or before, May 15, 2024, the parties may each submit a case management statement of no more than three (3) pages outlining their position(s) with respect to any coordinated scheduling, including discovery, they believe would be useful in these cases.

The hearing will be held **IN-PERSON, in courtroom 550, Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.** *No remote access will be utilized.*

**IT IS SO ORDERED.**

**cc:** Counsel for *Braiden Goedhart v. City of Beaumont et al- ED CV 24-00173-KS*.

|  | :05 mins |
|---|---|
| **Initials of Preparer** | gr |