**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
*dalekgalipo@yahoo.com*
Benjamin S. Levine (SBN 342060)
*blevine@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff James Pietronico*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PIETRONICO, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA; and DOES 8-10, inclusive, <br><br> Defendants. | **Case No.: 5:23-cv-02431-KS** <br><br> *Hon. Mag. Judge Karen Stevenson* <br><br> **NOTICE OF RELATED CASE** <br><br> [Local Rule 83-1.3.1] |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT**, pursuant to Local Rule 83-1.3.1, Plaintiff James Pietronico hereby gives notice of the following related case, *Gary Blackwell, et al. v. City of Beaumont, et al.*, No. 5:24-cv-00852-KK-KSx, which was filed on April 22, 2024 (hereinafter, "the related matter"). The related matter is pending in this District Court before District Judge Kenly Kiya Kato and has been referred to Magistrate Judge Karen L. Stevenson for discovery.

The related matter satisfies the requirements of Local Rule 83-1.3.1 in that both matters (a) arise from the same or a closely related transaction, happening, or event and (b) call for determination of the same or substantially related or similar questions of law and fact.

Like this case, the related matter is a civil rights case asserting federal and related state law claims against the City of Beaumont and its employee police officers. Like this case, the related matter arises out of City of Beaumont police officers' January 14, 2023 shooting of the vehicle occupied by James Pietronico, the plaintiff in the instant action; Garrett Blackwell, deceased, whose heirs are the plaintiffs in the related matter; and Braiden Goedhart, the plaintiff in a separate related action for which a separate notice of related case was previously filed. Like this case, the related matter also challenges injuries suffered by a passenger of that vehicle as a result of having been shot. The defendants in both cases are the City of Beaumont and the Beaumont police officers alleged to have fired their weapons.

Respectfully submitted,

DATED:  May 8, 2024                                      LAW OFFICES OF DALE K. GALIPO

                                                                 */s/ Benjamin S. Levine*
                                                         Dale K. Galipo
                                                         Benjamin S. Levine
                                                         Attorneys for Plaintiff James Pietronico