**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118
*Attorneys for Plaintiff James Pietronico*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PIETRONICO.<br><br>              Plaintiff,<br><br>       v.<br><br>CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA; and DOES 8-10, inclusive,<br><br>              Defendants. | Case No. 5:23-cv-02431-KS<br><br>*Hon. Mag. Judge Karen Stevenson*<br><br>**PLAINTIFF'S CASE MANAGEMENT STATEMENT**<br><br>Date:  May 21, 2024<br>Time:  10:00 a.m.<br>Crtrm: 550 |

**TO THE HONORABLE COURT:**

Pursuant to the Court's May 7, 2024, Minutes and Order (Dkt. 34), Plaintiff, through his counsel, respectfully submits the following Case Management Statement.

Plaintiff supports coordinating the scheduling of this action, including discovery, with the related action identified in the Court's Minutes and Order, *Goedhart v. City of Beaumont, et al.*, No. ED CV 24-00173-KS. However, as identified in Plaintiff's recent Notice of Related Case, there is also a third action now pending in this Court that arises from the same incident that is at issue in this action and in *Goedhart*: *Blackwell, et al. v. City of Beaumont, et al.*, No. 5:24-cv-00852-KK-KSx. (Dkt. 35.) *Blackwell* was filed in late April. (*See id.*)

Plaintiff's view is that if there is to be coordination in scheduling the cases arising out of the incident that is the basis of this action, then scheduling should be coordinated for all three related actions, which should be consolidated at least for discovery purposes, if not for trial as well. *See* Fed. R. Civ. P. 42(a) (permitting consolidation of actions that "involve a common question of law or fact"); *Investors Research Co. v. U.S. Dist. Ct. for the Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989) (noting district courts' "broad discretion" under Rule 42(a) "to consolidate cases pending in the same district"); *Perez-Funez v. Dist. Dir., I.N.S.*, 611 F. Supp. 990, 994 (C.D. Cal. 1984) ("[T]ypically, consolidation is favored.") (citing *Ikerd v. Lapworth*, 435 F.2d 197, 204 (7th Cir. 1970)). Such coordination and consolidation for discovery purposes would be prudent because engaging in separate discovery for each case would require repeated depositions of the same witnesses and parties—many of whom are police officers—which would be likely to cause unnecessary inconvenience and duplication of costs, and would also create room for discrepancies in the deposition testimony of parties and witnesses as they testify on multiple occasions about the same facts and circumstances. *See Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984) (in determining whether to consolidate, a

court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause"), *opinion vacated on other grounds*, 753 F.2d 1081.

As noted in the parties' recent Joint Status Report, the parties in this case are pursuing mediation and have a mediation scheduled with the Court's assigned panel mediator, Richard Copeland, for June 17, 2024. (Dkt. 33.) Plaintiff's counsel and defense counsel in this action have a good working relationship, and Plaintiff has agreed to an early mediation as part of a good-faith effort to resolve this case. Given the planned mediation, the parties in this action have informally agreed to delay further discovery, and the expenses further discovery would require, until after the mediation. Accordingly, whatever course of action the Court elects to take regarding coordination of scheduling and/or consolidation, Plaintiff respectfully requests that the Court continue all pretrial dates and deadlines in this case to best enable the parties to have a meaningful mediation. (*See* Dkt. 18 (setting pretrial and trial dates and deadlines); Dkt. 33 at 11 (requesting new deadlines).)

Respectfully submitted,

Dated: May 13, 2024       LAW OFFICES OF DALE K. GALIPO

By   */s/ Dale K. Galipo*
    DALE K. GALIPO
    BENJAMIN S. LEVINE
    Attorneys for Plaintiff James Pietronico