Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Kayleigh Andersen (State Bar No. 306442)
  *kaa@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor,
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF BEAUMONT, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PIETRONICO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA; and DOES 8-10, Inclusive,<br><br>　　　　Defendants. | Case No. 5:23-cv-02431- KS<br><br>**DEFENDANTS' REQUEST RE SCHEDULING CONFERENCE SET FOR MAY 21, 2024; DECLARATION OF EUGENE P. RAMIREZ**<br><br>[Proposed Order filed concurrently] |

**TO THE HONORABLE COURT:**

　　Pursuant to the Court's Order Setting Scheduling Conference [Doc. 27], the parties are set to appear at the Scheduling Conference on May 21, 2024 at 10:00 a.m.

　　Lead trial counsel for Defendants CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; and ANGELA CHAPPAROSA (collectively "Defendants"), Eugene P. Ramirez, is unavailable on the date and time

currently set for the Scheduling Conference in this matter. [See Declaration of Eugene P. Ramirez, ¶¶ 2-3]. The other attorneys who will be trial counsel on behalf of the Defendants are Kayleigh A. Andersen and Roslynn M. Wilfert. [See Declaration of Eugene P. Ramirez, ¶ 2]. Mr. Ramirez is scheduled to conduct a full day of training at a police academy on May 21, and this commitment was made prior to the setting of the Scheduling Conference in this matter. [See Declaration of Eugene P. Ramirez, ¶ 5].

Attorney Roslynn Wilfert is available to appear in place of lead trial counsel. [See Declaration of Eugene P. Ramirez, ¶ 6]. Ms. Wilfert is familiar with this matter and able to meaningfully participate in the Scheduling Conference on behalf of the Defendants. [See Declaration of Eugene P. Ramirez, ¶ 6].

Therefore, Defendants respectfully request the Court permit Roslynn Wilfert to appear in place of lead trial counsel at the Scheduling Conference.

DATED: May 15, 2024         **MANNING & KASS**
                            **ELLROD, RAMIREZ, TRESTER LLP**


                            By:     */s/ Eugene P. Ramirez*
                                 Eugene P. Ramirez
                                 Kayleigh A. Andersen
                                 Attorneys for Defendants, CITY OF
                                 BEAUMONT, et al.

2

## DECLARATION OF EUGENE P. RAMIREZ

I, Eugene P. Ramirez, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the state of California, and have been duly sworn to practice before the United Stated District Court for the Central District of California. I am a partner in the law firm of Manning & Kass, Ellrod, Ramirez, Trester LLP, counsel of record herein for Defendants CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA . If called and sworn as a witness to testify, I am competent to testify and would testify from my own personal knowledge as to the facts set forth in this declaration, except as to those matters that are stated on information and belief.

2. I am lead trial counsel for Defendants CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; and ANGELA CHAPPAROSA in this matter. The other attorneys who will be trial counsel on behalf of the Defendants are Kayleigh A. Andersen and Roslynn M. Wilfert.

3. I am unavailable on May 21, 2024, the date and time currently set for the Scheduling Conference in this matter.

4. I previously appeared at the Scheduling Conference on May 7, 2024. Plaintiff's counsel did not appear and therefore the Scheduling Conference was continued to May 21, 2024.

5. I am scheduled to conduct a full day of training at a police academy on May 21, 2024. This commitment was made prior to the setting of the Scheduling Conference in this matter.

6. Attorney Roslynn Wilfert is available to appear in place of lead trial counsel. Ms. Wilfert is familiar with this matter and able to meaningfully participate in the Scheduling Conference on behalf of the Defendants.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge, except as to those matters stated on information and belief, and as to such matters, I believe it to be true.

Executed this 15th day of May, 2024, at Los Angeles, California.

/s/ Eugene P. Ramirez
Eugene P. Ramirez, Esq.