1  Eugene P. Ramirez (State Bar No. 134865)
     *epr@manningllp.com*
2  Kayleigh Andersen (State Bar No. 306442)
     *kaa@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor,
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendants, CITY OF
   BEAUMONT, et al.

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JAMES PIETRONICO,                    Case No. 5:23-cv-02431- KS

12          Plaintiff,

13      v.                               **[PROPOSED] ORDER RE**
                                         **DEFENDANTS' REQUEST RE**
14  CITY OF BEAUMONT; ANTHONY            **SCHEDULING CONFERENCE SET**
    BECERRA; RANDALL MARSH;              **FOR MAY 21, 2024**
15  KEVIN NGUYEN; JESSICA
    RODRIGUEZ; ANTHONY ROJAS;
16  FABIAN SALINAS; ANGELA
    CHAPPAROSA; and DOES 8-10,
17  Inclusive,

18          Defendants.

19

20

21          Pursuant to Defendants CITY OF BEAUMONT; ANTHONY BECERRA;

22  RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY

23  ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA's ("Defendants") Request

24  Re Scheduling Conference Set for May 21, 2024, and good cause appearing

25  therefore, the Court grants Defendants' Request to have attorney Roslynn Wilfert

26  appear at the Scheduling Conference on May 21, 2024 in place of lead trial counsel,

27  Eugene P. Ramirez.

28  ///

*Manning & Kass*
*Ellrod, Ramirez, Trester LLP*
*Attorneys at Law*

IT IS SO ORDERED.

DATED: _____, 2024   _____

Hon. Karen Stevenson
United States Magistrate Judge