Eugene P. Ramirez (State Bar No. 134865)
 epr@manningllp.com
Kayleigh Andersen (State Bar No. 306442)
 kaa@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor,
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF BEAUMONT, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PIETRONICO,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA; and DOES 8-10, Inclusive,<br><br>    Defendants. | Case No. 5:23-cv-02431- KS<br><br>**[PROPOSED] ORDER RE DEFENDANTS' REQUEST RE SCHEDULING CONFERENCE SET FOR MAY 21, 2024** |

Pursuant to Defendants CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA's ("Defendants") Request Re Scheduling Conference Set for May 21, 2024, and good cause appearing therefore, the Court grants Defendants' Request to have attorney Roslynn Wilfert appear at the Scheduling Conference on May 21, 2024 in place of lead trial counsel, Eugene P. Ramirez.

///

1     IT IS SO ORDERED.

2

3     DATED: <u>May 16, 2024</u>

                                            Hon. Karen L. Stevenson
                                            Chief United States Magistrate Judge