UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   ED CV 23-2431-KS                                         Date: May 21, 2024

Title   *James Pietronico v. City of Beaumont et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | Courtsmart-05/21/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
Dale Galipo
Benjamin Levine

Attorneys Present for Defendants:
Rosalyn Wilfert

**Proceedings: (IN CHAMBERS) MINUTES RE TRIAL SCHEDULING CONFERENCE**

     Case called. Counsel made their appearances. The parties have consented to have this matter proceed before U.S. Magistrate Judge Karen L. Stevenson for all purposes. (Dkt. No. 25.)

     The Court and counsel confer and the Court adopts the parties' Joint Rule 26(f) report with some amendments (Dkt Nos. 33) (*and see attached*). The Court also agreed with the parties' proposal to consolidate this matter with *Braiden Goedhart v. City of Beaumont et al- ED CV 24-00173-KS*) for the purposes of conducting discovery as both cases involve the same underlying incident. Additionally, a Mediation is scheduled for June 17, 2024.

**IT IS SO ORDERED.**

:07 mins
**Initials of Preparer**   gr