Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine, Esq. (SBN 342060)
blevine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PIETRONICO, | Case No. 5:23-cv-02431-KS |
| Plaintiff, | *Hon. Mag. Judge Karen Stevenson* |
| v. | |
| CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA; and DOES 8-10, inclusive, | **JOINT REQUEST FOR ORDER CLARIFYING SCHEDULING ORDER**<br><br>[*Proposed Order lodged concurrently herewith*] |
| Defendants. | |

**TO THIS HONORABLE COURT:**

Plaintiff James Pietronico ("Plaintiff") and Defendants City of Beaumont, Anthony Becerra, Randall Marsh, Kevin Nguyen, Jessica Rodriguez, Anthony Rojas, Fabian Salinas, and Angela Chapparosa ("Defendants"), by and through their respective attorneys of record, hereby jointly respectfully request an order clarifying the Scheduling Order issued by the Court on May 21, 2024. (Dkt. 41-1.) At the scheduling conference held earlier that day, the Court orally advised counsel for the parties that new pretrial and trial dates and deadlines would be set in this action and recited those dates and deadlines. Counsel for the parties each recorded that these new pretrial deadlines would include a fact discovery cutoff of December 6, 2024, a deadline for initial expert disclosures on January 3, 2025, a deadline for rebuttal expert disclosures on January 17, 2025, and an expert discovery cutoff of January 31, 2025. However, the Scheduling Order that was subsequently issued includes a fact discovery cutoff of July 5, 2024, and an expert discovery cutoff of July 5, 2024, as well as a deadline for initial expert disclosures on January 17, 2025, and a deadline for rebuttal expert disclosures on January 31, 2025. The parties respectfully submit that it appears the July 5, 2024, discovery cutoff dates may have been inadvertently listed in error, given that these are the same deadlines that had previously been set in this matter by Judge Stanley Blumenfeld, Jr. (see Dkt. 18), and given that a July 5, 2024, expert discovery cutoff would come several months in advance of the new deadlines for expert disclosures.

Accordingly, the parties respectfully request that the Court issue an order clarifying the recently issued Scheduling Order to impose the following pretrial dates and deadlines discussed at the Scheduling Conference, or similar dates: A fact discovery cutoff of December 6, 2024, a deadline for initial expert disclosures on January 3, 2025, a deadline for rebuttal expert disclosures on January 17, 2025, and an expert discovery cutoff of January 31, 2025.

Respectfully submitted,

Dated: June 3, 2024          LAW OFFICES OF DALE K. GALIPO

By    */s/ Benjamin S. Levine*
       Dale K. Galipo
       Benjamin S. Levine[1]
       Attorneys for Plaintiff

Dated: June 3, 2024          MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By    */s/ Kayleigh A. Andersen*
       Eugene P. Ramirez
       Kayleigh A. Andersen
       Attorneys for Defendant
       City of Beaumont

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.