1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PIETRONICO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA; and DOES 8-10, inclusive,<br><br>　　　　Defendants. | Case No. 5:23-cv-02431-KS<br><br>**[PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |

1

IT IS HEREBY ORDERED that the Scheduling Order in the above-captioned action be, and hereby is, AMENDED as follows:

| | |
|---|---|
| **Discovery Deadline – Nonexpert** | December 6, 2024 |
| **Discovery Deadline – Expert** | January 31, 2025 |
| Initial Expert Disclosure | January 3, 2025 |
| Rebuttal Expert Disclosure | January 17, 2025 |

All other pretrial dates and deadlines previously set in this action remain in place and are unaffected by this Order.

IT IS SO ORDERED.

DATED: _____    _____

KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE