|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JAMES PIETRONICO, | ) Case No. 5:23-cv-02431-KS |
| Plaintiff, | ) [~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER |
| v. | |
| CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA; and DOES 8-10, inclusive, | |
| Defendants. | |

1

IT IS HEREBY ORDERED that the Scheduling Order in the above-captioned action be, and hereby is, AMENDED as follows:

| | |
|---|---|
| **Discovery Deadline – Nonexpert** | December 6, 2024 |
| **Discovery Deadline – Expert** | January 31, 2025 |
| Initial Expert Disclosure | January 3, 2025 |
| Rebuttal Expert Disclosure | January 17, 2025 |

All other pretrial dates and deadlines previously set in this action remain in place and are unaffected by this Order.

IT IS SO ORDERED.

DATED: June 5, 2024

_____
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE