**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118
*Attorneys for Plaintiff*

Eugene P. Ramirez (State Bar No. 134865)
  epr@manningllp.com
Kayleigh Andersen (State Bar No. 306442)
  kaa@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor,
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PIETRONICO.<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA; and DOES 8-10, inclusive,<br><br>        Defendants. | Case No. 5:23-cv-02431-KS<br><br>*Hon. Mag. Judge Karen Stevenson*<br><br>**JOINT STATUS REPORT RE SETTLEMENT** |

**TO THE HONORABLE COURT:**

Pursuant to the Court's May 21, 2024, Minutes and Order (Dkt. 41, 41-1), the Parties, through their counsel, respectfully submit the following Joint Status Report re Settlement.

A mediation was held in this case by the Court's panel mediator, Richard T. Copeland, and was attended by the parties on June 17, 2024. This case did not resolve at the June 17 mediation, which took place following limited discovery. The parties have determined to engage in further discovery on issues of liability and damages, after which the parties anticipate participating in a second mediation with Mr. Copeland in an effort to resolve this case before trial.

The parties are informed and understand that one of the two cases related to this case, *Goedhart v. City of Beaumont, et al.*, No. 5:24-cv-00173-KS, has settled, and that the other related case, *Blackwell, et al. v. City of Beaumont, et al.*, No. 5:24-cv-00852-KS, is early in discovery. Because *Blackwell* and this case concern the same incident and involve the same (or a substantial overlap in) witnesses, the parties are coordinating discovery among the two cases to avoid duplication and wasted time and resources. The parties to the instant action are amenable to consolidating the two cases for purposes of discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Dated: August 5, 2024         LAW OFFICES OF DALE K. GALIPO

                              By   /s/ Benjamin S. Levine
                                   DALE K. GALIPO
                                   BENJAMIN S. LEVINE[1]
                                   Attorneys for Plaintiff James Pietronico


Dated: August 5, 2024         MANNING & KASS
                              ELLROD, RAMIREZ, TRESTER LLP

                              By   /s/ Kayleigh Andersen
                                   EUGENE P. RAMIREZ
                                   KAYLEIGH ANDERSEN
                                   Attorneys for Defendant City of Beaumont

---

[1] Pursuant to Local Rule 5-4.3.4, Benjamin S. Levine, as the filer of this document, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.