UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 23-02431-KS                                                                  Date: August 9, 2024

Title   *James Pietronico v. City of Beaumont et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                     Attorneys Present for Defendants:

**Proceedings:   (IN CHAMBERS) ORDER SETTING STATUS CONFERENCE**

The Court is in receipt of the parties' Joint Status Report re Settlement, filed on August 5, 2024 ("Status Report"). (Dkt. No. 44.) In the Status Report, the parties represent that: (1) on June 17, 2024, after limited discovery, a mediation was held in this case with panel mediator Richard T. Copeland, but the case did not settle; (2) the "parties have determined to engage in further discovery on issues of liability and damages, after which the parties anticipate participating in a second mediation with Mr. Copeland in an effort to resolve this case before trial"; and (3) the parties here "are amenable" to consolidating this action for purposes of discovery with *Blackwell, et al. v. City of Beaumont, et al.*, No. 5:24-cv-00852-KS, as both actions arise out of the same incident and will share a significant overlap in witnesses. (*Id.*)

In light of the foregoing, the Court sets a telephonic status conference for **Tuesday, October 22, 2024 at 10:00 a.m.** The Courtroom Deputy will circulate the dial-in information.

**IT IS SO ORDERED.**

|  | : |
|---|---|
|  | **Initials of Preparer**   gr |