1 | **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118
*Attorneys for Plaintiff*

Eugene P. Ramirez (State Bar No. 134865)
 epr@manningllp.com
Kayleigh Andersen (State Bar No. 306442)
 kaa@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor,
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PIETRONICO. <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA; and DOES 8-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-02431-KS <br><br> *Hon. Mag. Judge Karen Stevenson* <br><br> **STIPULATION FOR CONSOLIDATION OF CASES FOR DISCOVERY PURPOSES** |

1
STIPULATION FOR CONSOLIDATION OF CASES FOR DISCOVERY PURPOSES

**TO THE HONORABLE COURT:**

  IT IS HEREBY STIPULATED by and between the parties hereto that the following lawsuits be consolidated for purposes of discovery.

1. The case of *James Pietronico v. City of Beaumont, et al.*, No. 5:23-cv-02431-KS, was filed on November 29, 2023. This case is currently in discovery.

2. The case of *Gary Blackwell, et al. v. City of Beaumont, et al.*, No. 5:24-cv-00852-KS, was filed on April 22, 2024. A scheduling order was issued in this case in September 2024.

  Both cases should be consolidated and coordinated for purposes of discovery. The claims in both cases arise out of the same incident on January 14, 2023, during which police officers from the City of Beaumont Police Department fired gunshots that struck Garrett Blackwell, the Plaintiffs' decedent in the *Blackwell* matter, and James Pietronico, the Plaintiff in the *Pietronico* matter. These cases arise out of the same events and will involve the same core of operative facts. Accordingly, there will be a heavy overlap in the depositions that are necessary in these cases, justifying consolidation for purposes of discovery. The cases differ primarily in that they involve different plaintiffs, there is some variation in the type of damages sought, and the *Pietronico* matter involves one defendant not named in the *Blackwell* matter (the defendants are otherwise the same in both cases). Accordingly, the Parties believe good cause exists to consolidate the cases for purposes of discovery. At this time, the Parties are not stipulating to consolidating the cases for trial.

  IT IS FURTHER STIPULATED that, to effectuate the consolidation for discovery purposes and to allow the parties to these actions to coordinate discovery efforts, including in avoiding duplicated depositions of key witnesses, a unified discovery schedule should apply to both cases. Specifically, the parties stipulate that the deadlines governing discovery and the hearing of dispositive motions set forth in

the scheduling order issued by this Court in the *Blackwell* matter (No. 5:24-cv-00852-KS Dkt. 51-1), shall henceforth apply to both the *Blackwell* and *Pietronico* matters. Maintaining separate discovery schedules for the two matters would create difficulties in coordinating discovery, given the differences between the current schedules. Accordingly, the Parties believe good cause exists to set the current *Blackwell* discovery and dispositive motion schedule as the schedule governing both cases.

      IT IS SO STIPULATED.

Dated: October 4, 2024      LAW OFFICES OF DALE K. GALIPO

      By   */s/ Dale K. Galipo*
         DALE K. GALIPO[1]
         BENJAMIN S. LEVINE
         Attorneys for Plaintiff James Pietronico

Dated: October 4, 2024      GERAGOS & GERAGOS

      By   */s/ Daniel Tapetillo*
         DANIEL TAPETILLO
         KIMBERLY CASPER
         Attorneys for Plaintiffs Gary Blackwell and Shannon Luellen

Dated: October 4, 2024      MANNING & KASS
                           ELLROD, RAMIREZ, TRESTER LLP

      By   */s/ Kayleigh Andersen*
         EUGENE P. RAMIREZ
         KAYLEIGH ANDERSEN
         Attorneys for Defendants

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.