**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES PIETRONICO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA; and DOES 8-10, inclusive,<br><br>　　　　Defendants. | Case No. 5:23-cv-02431-KS<br><br>**[PROPOSED] ORDER CONSOLIDATING CASES FOR DISCOVERY PURPOSES** |

1

# ORDER

Having reviewed the parties' Stipulation for Consolidation of Cases for Discovery Purposes and Good Cause appearing, it is HEREBY ORDERED that the parties' Stipulation is GRANTED.

The Court hereby orders as follows:

1. The related cases *James Pietronico v. City of Beaumont, et al.*, No. 5:23-cv-02431-KS, and *Gary Blackwell, et al. v. City of Beaumont, et al.*, No. 5:24-cv-00852-KS, are hereby consolidated for purposes of discovery.
2. The dates governing discovery and the hearing of dispositive motions set for the *Blackwell* matter [No. 5:24-cv-00852-KS, Dkt. 51-1] shall henceforth apply to and govern both the *Blackwell* and *Pietronico* matters.

All other dates and deadlines previously set in these actions remain in place and are unaffected by this Order.

IT IS SO ORDERED.

DATED: _____        _____

KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE