1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12   JAMES PIETRONICO, | )   Case No. 5:23-cv-02431-KS |
| 13 | ) |
|        Plaintiff, | )   **[PROPOSED] ORDER** |
| 14 | )   **CONSOLIDATING CASES FOR** |
| | )   **DISCOVERY PURPOSES** |
| 15     v. | ) |
| 16   CITY OF BEAUMONT; ANTHONY | ) |
| 17   BECERRA; RANDALL MARSH; | ) |
|     KEVIN NGUYEN; JESSICA | ) |
| 18   RODRIGUEZ; ANTHONY ROJAS; | ) |
| 19   FABIAN SALINAS; ANGELA | ) |
|     CHAPPAROSA; and DOES 8-10, | ) |
| 20   inclusive, | ) |
| 21 | ) |
| 22        Defendants. | ) |
| 23 | ) |

24

25

26

27

28

1

1            **ORDER**

2            Having reviewed the parties' Stipulation for Consolidation of Cases for

3    Discovery Purposes and Good Cause appearing, it is HEREBY ORDERED that

4    the parties' Stipulation is GRANTED.

5            The Court hereby orders as follows:

6        1.  The related cases *James Pietronico v. City of Beaumont, et al.*, No.

7            5:23-cv-02431-KS, and *Gary Blackwell, et al. v. City of Beaumont, et*

8            *al.*, No. 5:24-cv-00852-KS, are hereby consolidated for purposes of

9            discovery.

10       2.  The dates governing discovery and the hearing of dispositive motions

11           set for the *Blackwell* matter [No. 5:24-cv-00852-KS, Dkt. 51-1] shall

12           henceforth apply to and govern both the *Blackwell* and *Pietronico*

13           matters.

14

15           All other dates and deadlines previously set in these actions remain in place

16   and are unaffected by this Order.

17

18   IT IS SO ORDERED.

19

20

21   DATED: October 15, 2024          *Karen L. Stevenson*

22                                     HON. KAREN L. STEVENSON
                                       CHIEF U.S. MAGISTRATE JUDGE
23

24

25

26

27

28

2