UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   ED CV 23-02431-KS                                                          Date: October 22, 2024

Title   *James Pietronico v. City of Beaumont et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | XTR-10/22/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
Dale K. Galipo                                      Eugene Paul Hanrahan

**Proceedings: (IN CHAMBERS) MINUTES RE: TELEPHONIC STATUS CONFERENCE**

Case called. Counsel made their appearances. The Court held a telephonic status conference with counsel. The case has been consolidated with the related case *Gary Blackwell, et al. v. City of Beaumont, et al. No. 5:24-cv-00852-KS* for the purposes of discovery.  (*See* dkt. no. 47.)

The parties informed the Court that settlement discussions are in progress.  No changes in the current case management schedule are anticipated. Consequently, absent a request by the parties or demonstrated need, the Court does not expect to schedule further status conferences.

**IT IS SO ORDERED.**

                                                                                                : 25mins
                                                                        **Initials of Preparer**      gr