| | |
|---|---|
| 1 | **LAW OFFICES OF DALE K. GALIPO** |
| 2 | Dale K. Galipo (SBN 144074) |
|   | dalekgalipo@yahoo.com |
| 3 | Benjamin S. Levine (SBN 342060) |
|   | blevine@galipolaw.com |
| 4 | 21800 Burbank Boulevard, Suite 310 |
| 5 | Woodland Hills, California, 91367 |
|   | Telephone: (818) 347-3333 |
| 6 | Facsimile: (818) 347-4118 |
| 7 | *Attorneys for Plaintiff* |
| 8 | Eugene P. Ramirez (State Bar No. 134865) |
|   |   epr@manningllp.com |
| 9 | Kayleigh Andersen (State Bar No. 306442) |
|   |   kaa@manningllp.com |
| 10 | **MANNING & KASS** |
| 11 | **ELLROD, RAMIREZ, TRESTER LLP** |
| 12 | 801 S. Figueroa St, 15th Floor, |
|   | Los Angeles, California 90017-3012 |
| 13 | Telephone: (213) 624-6900 |
|   | Facsimile: (213) 624-6999 |
| 14 | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PIETRONICO. | Case No. 5:23-cv-02431-KS |
| Plaintiff, | *Hon. Mag. Judge Karen Stevenson* |
| v. | **NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES** |
| CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA; and DOES 8-10, inclusive, | |
| Defendants. | |

**TO THE HONORABLE COURT:**

Plaintiff JAMES PIETRONICO ("Plaintiff"), and Defendants CITY OF BEAUMONT, ANTHONY BECERRA, RANDALL MARSH, KEVIN NGUYEN, JESSICA RODRIGUEZ, ANTHONY ROJAS, FABIAN SALINAS, and ANGELA CHAPPAROSA ("Defendants"), by and through their respective attorneys of record, hereby inform the Court of their conditional settlement of this entire matter, and respectfully request that the Court vacate all dates in this matter as the parties finalize their settlement, and stipulate as follows:

WHEREAS, on March 19, 2025, the parties participated in a mediation with ADR Panel Mediator Richard Copeland and all parties reached an agreement to settle the entire case.

WHEREAS, the proposed settlement is conditioned upon the execution of a long form settlement agreement and release by the parties, which is currently being finalized.

WHEREAS, the parties respectfully request that all dates and deadlines be vacated based on the parties' settlement of the entire action.

WHEREAS, the parties further request that the Court maintain jurisdiction over this action for sixty (60) days to allow time for the parties to consummate the terms of the settlement, including execution of the release agreement and payment of the settlement funds, and for the parties to subsequently file a stipulated dismissal of the action with prejudice.

WHEREAS, based on the above, good cause exists for granting the parties' stipulation.

/ / /

/ / /

|     |                          |                                                    |
| --- | ------------------------ | -------------------------------------------------- |
| 1   |                          | Respectfully submitted,                            |
| 2   |                          |                                                    |
| 3   | Dated: March 20, 2025    | LAW OFFICES OF DALE K. GALIPO                      |

                      By  */s/ Benjamin S. Levine*
                            DALE K. GALIPO
                            BENJAMIN S. LEVINE[1]
                            Attorneys for Plaintiff James Pietronico

Dated: March 20, 2025      MANNING & KASS
                            ELLROD, RAMIREZ, TRESTER LLP

                      By  */s/ Kayleigh Andersen*
                            EUGENE P. RAMIREZ
                            KAYLEIGH ANDERSEN
                            Attorneys for Defendant City of Beaumont

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.