UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  5:23-cv-02431-KS | Date: March 21, 2025 |
| Title  *James Pietronico v. City of Beaumont et al* | |

Present: The Honorable:   Karen L. Stevenson, Chief Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):  N/A        Attorneys Present for Defendant(s):  N/A

**Proceedings:    (IN CHAMBERS) ORDER RE: NOTICE OF CONDITIONAL SETTLEMENT (DKT. NO. 50)**

 The Court has received the Notice of Settlement (Conditional) filed by Plaintiff on March 20, 2025 ("Notice"). (Dkt. No. 50.) In the Notice, the parties state that they "reached an agreement to settle the entire case." (*Id.* at 2.) The parties also request: (1) "that all dates and deadlines be vacated based on the parties' settlement of the entire action"; and (2) "sixty (60) days to allow time for the parties to consummate the terms of the settlement, including execution of the release agreement and payment of the settlement funds, and for the parties to subsequently file a stipulated dismissal of the action with prejudice." (*Id.*)

 Accordingly, the Court hereby VACATES all currently set dates. The parties shall file any settlement documents and a Stipulation of Dismissal within sixty (60) days of the date of this Order.

        **IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |