1  **LAW OFFICES OF DALE K. GALIPO**
2  Dale K. Galipo (SBN 144074)
   dalekgalipo@yahoo.com
3  Benjamin S. Levine (SBN 342060)
   blevine@galipolaw.com
4  21800 Burbank Boulevard, Suite 310
   Woodland Hills, California, 91367
5  Telephone: (818) 347-3333
6  Facsimile: (818) 347-4118
7  *Attorneys for Plaintiff*

8  Eugene P. Ramirez (State Bar No. 134865)
       epr@manningllp.com
9  Kayleigh Andersen (State Bar No. 306442)
       kaa@manningllp.com
10 **MANNING & KASS**
11 **ELLROD, RAMIREZ, TRESTER LLP**
   801 S. Figueroa St, 15th Floor,
12 Los Angeles, California 90017-3012
   Telephone: (213) 624-6900
13 Facsimile: (213) 624-6999
14 *Attorneys for Defendants*

15

16                    **UNITED STATES DISTRICT COURT**

17                    **CENTRAL DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| 19  JAMES PIETRONICO. | Case No. 5:23-cv-02431-KS |
| 20              Plaintiff, | *Hon. Mag. Judge Karen Stevenson* |
| 21     v. | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| 22 | |
| 23  CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA; and DOES 8-10, inclusive, | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| 24 | |
| 25 | *[Proposed] Order submitted concurrently herewith.* |
| 26 | |
| 27 | |
| 28              Defendants. | |

1  IT IS HEREBY STIPULATED by and between Plaintiff JAMES
2  PIETRONICO ("Plaintiff") and Defendants CITY OF BEAUMONT, ANTHONY
3  BECERRA, RANDALL MARSH, KEVIN NGUYEN, JESSICA RODRIGUEZ,
4  ANTHONY ROJAS, FABIAN SALINAS, and ANGELA CHAPPAROSA
5  ("Defendants"), by and through their respective attorneys of record, that the above-
6  captioned action be and hereby is dismissed in its entirety, with prejudice, with each
7  party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil
8  Procedure, Rule 41(a)(1)(A)(ii). The parties further stipulate and respectfully
9  request that the Court vacate all currently scheduled dates and deadlines in this
10 action.

Respectfully submitted,

Dated: April 18, 2025          LAW OFFICES OF DALE K. GALIPO

                               By   /s/ Benjamin S. Levine
                                    DALE K. GALIPO
                                    BENJAMIN S. LEVINE[1]
                                    Attorneys for Plaintiff James Pietronico

Dated: April 18, 2025          MANNING & KASS
                               ELLROD, RAMIREZ, TRESTER LLP

                               By   /s/ Kayleigh Andersen
                                    EUGENE P. RAMIREZ
                                    KAYLEIGH ANDERSEN
                                    Attorneys for Defendants City of Beaumont, et al.

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.