1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JAMES PIETRONICO. | Case No. 5:23-cv-02431-KS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| CITY OF BEAUMONT; ANTHONY BECERRA; RANDALL MARSH; KEVIN NGUYEN; JESSICA RODRIGUEZ; ANTHONY ROJAS; FABIAN SALINAS; ANGELA CHAPPAROSA; and DOES 8-10, inclusive, | |
| Defendants. | |

1 | Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS FURTHER ORDERED that all previously scheduled dates and deadlines in this action are VACATED.

IT IS SO ORDERED.

DATED: _____    _____

HONORABLE KAREN STEVENSON
CHIEF UNITED STATES MAGISTRATE JUDGE