JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PIETRONICO. <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BEAUMONT et al. <br><br> Defendants. | Case No. 5:23-cv-02431-KS <br><br> [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). IT IS FURTHER ORDERED that all previously scheduled dates and deadlines in this action are VACATED.

IT IS SO ORDERED.

DATED: April 21, 2025

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

1